Gerald HENNEGHAN, Plaintiff—
Appellant,

v.

SIGNET CONSTRUCTION COMPANY, LLC; Signet Realty Construction Company, LLC; Signet Realty—Bealmont 8 & 9, LLC; CH Builders LLC;

Louis J. Clemente; Mark A. Higgs; Johnny D. Moseley; Mark A. Blanchietti Hollander, Defendants—Appellees.

No. 07–1265.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2007.

Decided: Aug. 8, 2007.

Gerald Henneghan, Appellant Pro Se. Lauri Elizabeth Cleary, Lerch, Early & Brewer, Chartered, Bethesda, Maryland, for Appellees.

Before MICHAEL and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Henneghan seeks to appeal the district court's order dismissing his civil complaint with respect to some Defendants and granting Henneghan ten days to amend his complaint with respect to the remaining Defendant. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Henneghan seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of

jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*